# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE M. BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 4:17-cv-00193-GAF |
| v. | ) |
| | ) |
| FLAGSTAR BANK, FSB, | ) |
| | ) |
| Defendants. | ) |

## FLAGSTAR BANK, FSB'S RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO AMEND COMPLAINT SHOULD NOT BE GRANTED

COMES NOW Defendant Flagstar Bank, FSB ("Flagstar") by and through its undersigned counsel and responds to this Court's Order to Show Cause why the Plaintiff's Motion to Amend Complaint should not be granted as states as follows:

1. Plaintiff filed the present action in Clay County Circuit Court on January 25, 2017, the case was timely removed to this Court on March 16, 2017.

2. Flagstar filed an Answer to the Complaint on May 8, 2017.

3. Thereafter, on July 11, 2017, Plaintiff filed a Motion for Leave to File First Amended Complaint and Suggestions in Support (the "Motion for Leave").

4. Flagstar did not file a response in opposition to the Motion for Leave.

5. On July 27, 2017, this Court entered an Order to Show Cause why Plaintiff's motion to amend complaint should not be granted.

6. Flagstar submits that it does not oppose the relief requested in the Motion for Leave filed by the Plaintiff.

7. If this Court grants Plaintiff's Motion for Leave, pursuant to Federal Rule of Civil Procedure 15(a)(3), Flagstar requests fourteen (14) days after this Court grants the Motion for Leave and service of the First Amended Complaint to file its response to the First Amended Complaint.

Dated this 1st day of August, 2017.

Respectfully submitted,

**/s/ A. Michelle Canter, Esq.**
A. Michelle Canter, KS Bar # 15690
Bradley Arant Boult Cummings LLP
4720 Peachtree Industrial Blvd. #106
Norcross, GA 30071
205-521-8650
mcanter@bradley.com
ATTORNEY FOR DEFENDANT FLAGSTAR BANK, FSB

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2017, I filed the same via the CM/ECF system, which will send a copy of the same to the following attorneys who are registered CM/ECF users and will receive electronic notice of the electronically filed document.

**/s/A. Michelle Canter, Esq.**

A. Michelle Canter